# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Runway Liquidation Holdings, LLC, et al.                    Bankruptcy Case No.: 17−10466−scc

Runway Liquidation, LLC

Plaintiff(s),

−against−                                            Adversary Proceeding No. 19−01033−scc

Apex Logistics International Inc.

Defendant(s)

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: | |
|---|---|
| | **Clerk of the Court** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **New York, NY 10004−1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | |
|---|---|
| | **Beth E. Levine** |
| | **Pachulski Stang Ziehl & Jones LLP** |
| | **780 Third Avenue, 36th Floor** |
| | **New York, NY 10017−2024** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court | Room: Courtroom 623 (SCC), One Bowling |
|---|---|
| Southern District of New York | Green, New York, NY 10004−1408 |
| One Bowling Green | |
| New York, NY 10004−1408 | Date and Time: 4/23/19 at 11:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 2/27/19                                   Vito Genna
                                              _____

                                              *Clerk of the Court*

                                              By: /s/  Carmen Ortiz
                                              _____

                                              *Deputy Clerk*